O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT IRWIN TIFFIN, ) | Case No. SACV 10-1329-DSF (OP) |
| ) | |
| Petitioner, ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| v. ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| ) | JUDGE |
| J. HARTLEY, Warden, ) | |
| ) | |
| Respondent. ) | |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action without prejudice.

DATED: 12/9/13

_____
HONORABLE DALE S. FISCHER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge